# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID MICHAEL STEINHAUER,
Appellant,
vs.
JAMES DZURENDA; DR. MICHAEL
MINEV; AND PERRY RUSSELL,
Respondents.

No. 80324

FILED

JUN 1 8 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISISNG APPEAL

This is a pro se appeal from an order denying a petition for writ of mandamus. First Judicial District Court, Carson City; James E. Wilson, Judge.

On January 6, 2020, this court issued a notice to appellant setting forth the deadlines for filing of documents. Pursuant to that order, the transcript request form was due within 14 days, the docketing statement was due within 21 days, and the opening brief was due within 120 days, or by May 5, 2020. To date, appellant has filed none of the required documents and has not communicated with this court. Respondents have filed a motion to dismiss this appeal, and appellant has not responded to the motion. The motion is granted. It appears appellant has abandoned this appeal, and this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

SUPREME COURT
OF
NEVADA

(O) 1947A

20-22783

cc:  Hon. James E. Wilson, District Judge
David Michael Steinhauer
Attorney General/Carson City
Attorney General/Las Vegas
Carson City Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A